UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**OREN SUESS and TYLER SUESS,**

        **Plaintiffs,**

v.                                                    Case No:  5:14-cv-227-Oc-22PRL

**LEOPARD TRANSPORT, INC.,
THOMAS WILDING and JASON
WILDING,**

        **Defendants.**

_____/

**ORDER**

      This cause is before the Court on the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice. (Doc. No. 19). On July 18, 2014, Magistrate Judge Lammens entered a report recommending the motion be granted. (Doc. No. 21).

      Attached to the parties' joint motion is an FLSA Settlement Agreement which provides that Defendants will pay Plaintiffs the following amounts to settle this action: "$2,178.00 (less applicable withholding) to Oren Suess for alleged wages; $2,709.00 (less applicable withholding) to Tyler Suess for alleged wages; and $8,000.00 to Feldman Morgado, P.A. for attorneys' fees and costs." (*See* Doc. No. 19 at ¶ 4). In the motion, Plaintiffs represent that their "claim[s] for attorney's fees under the FLSA were negotiated separately from the amounts for Plaintiffs' underlying claims and are fair and reasonable." (*Id.* at ¶ 5).

      On September 3, 2014, the Court directed Plaintiffs to file a supplement to the parties' joint motion in order to assist the Court in its *de novo* review of the Magistrate Judge's report in the determination as to the reasonableness of the amount of fees. (Doc. No. 22). Shortly

thereafter, Plaintiffs filed a Notice of Filing Summary Attorney Time Records. (Doc. No. 23). In that Notice, Plaintiffs' counsel represents that the total time spent on this matter was 38.80 hours, for which counsel billed at a rate of $350 per hour. (*Id.* at pp. 2-6). Thus, the total amount billed for Plaintiffs' counsel's representation in this case was $13,455.50. (*Id.* at p. 6). Although the $8,000.00 settlement for attorney's fees and costs appears to be high, the Court finds this amount to be reasonable, particularly in light of the representation in the parties' joint motion that the fees were "negotiated separately from the amounts for Plaintiffs' underlying claims and are fair and reasonable." (Doc. No. 19 at ¶ 5).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, filed July 18, 2014 (Doc. No. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Joint Motion Joint Motion for Approval of Proposed FLSA Settlement and Dismissal with Prejudice, filed on June 11, 2014 (Doc. No 19), is **GRANTED**.

3. The Parties' FLSA/Wage Settlement Agreement (Doc. No. 19-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close this file.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Magistrate Judge Lammens